448 F.2d 779
 WILLIAM L. BONNELL CO., Inc., Petitioner-Cross Respondent,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent-Cross Petitioner.
 No. 71-1119.
 United States Court of Appeals, Fifth Circuit.
 September 27, 1971.
 
 Petition for Review and Cross-Application for Enforcement of an Order of the National Relations Board.
 Frank A. Constangy, Scott P. Watson, Atlanta, Ga., J. L. Glover, Newnan, Fred W. Elarbee, Jr., Constangy & Prowell, Atlanta, Ga., Glover & Davis, Newnan, Ga., for petitioner.
 Marcel Mallet-Prevost, Asst. Gen. Counsel, Harold J. Engel, Atty., N.L.R.B., Washington, D. C., Walter C. Phillips, Regional Director, Region 10, N.L.R.B., Atlanta, Ga., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Thomas E. Silfen, Atty., N.L.R.B., for respondent.
 Warren H. Pyle, Angoff, Goldman, Manning & Pyle, Boston, Mass., for intervenor.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Enforced. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966